**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:08CV-395-H**

**GARY FELHOELTER**                                                                          **PLAINTIFF**

**v.**

**JAMES B. PEAKE**                                                                      **DEFENDANT**

**MEMORANDUM**

Plaintiff Gary Felhoelter filed a *pro se* civil complaint pursuant to Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967. By Order entered August 14, 2008 (DN 5), this Court denied Plaintiff's application to proceed without prepayment of fees and directed him to pay the requisite $350.00 filing fee for the instant action within 30 days from entry of the Order or face dismissal of the action.

Review of the record reveals that Plaintiff has failed to pay the requisite $350.00 filing fee. The Court will, therefore, dismiss the action by separate order for failure to comply with a prior order of the Court and for failure to prosecute.

Date:

cc:     Plaintiff, *pro se*
4412.005